UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DIANE H. GREEN

V.

KONINKLIJKE PHILIPS N.V.; [HILIPS NORTH
AMERICA LLC; PHILIPS RS NORTH AMERICA
LLC; PHILIPS HOLDING USA, INC.; PHILIPS RS
NORTH AMERICA HOLDING CORPORATION;
POLYMER TECHNOLOGIES, INC.; AND
POLYMER MOLDED PRODUCTS LLC

Master Docket:  Misc. No. 21-mc-1230-JFC

CIVIL ACTION: 22-1522

This Document Relates to:

*Diane Green*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Diane Green pursuant to Fed.R.Civ.P. 41(a)(1)(A) hereby dismisses her claims

against all Defendants without prejudice, with each side bearing its own attorney fees and costs.

Respectfully submitted:

/s/ Peter M. Newman
Peter M. Newman, Esquire 66426
Feldman Shepherd Wohlgelernter
Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
215-567-8333 fax
pnewman@feldmanshepherd.com
Attorney for Plaintiff
Diane Green

Date:   March 13, 2025