## CERTIFICATE OF SERVICE

I, Peter M. Newman, Esquire, hereby certify that I caused a true and correct copy of the

foregoing document to be filed with the Clerk of Court and served using the Court's Electronic

Filing System.

/s/ Peter M. Newman
Peter M. Newman, Esquire 66426
Feldman Shepherd Wohlgelernter
Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
215-567-8333 fax
pnewman@feldmanshepherd.com
Attorney for Plaintiff
Diane Green

Date:   March 13, 2025